DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED. 6/5/15

United States District Court
Southern District of New York

---

WILD CHILD EDITORIAL,

                Plaintiff,        15 Cv. 3356 (JGK)

    - against -                    MEMORANDUM OPINION
                                                     AND ORDER
BONCH, INC., BONCH, AND DARBY WALKER,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The defendants removed this case from state court and allege diversity jurisdiction pursuant to 28 U.S.C. § 1332. The notice of removal describes the defendant Bonch as a general partnership. A partnership has the citizenship of each of its members for the purposes of diversity jurisdiction. See Herrick Co. v. SCS Commc'ns, Inc., 251 F.3d 315, 322 (2d Cir. 2001). The defendants should therefore advise the Court as soon as possible as to the citizenship of each of the partners of this general partnership.

SO ORDERED.

Dated:    New York, New York
             June 4, 2015

                                                       John G. Koeltl
                                            United States District Judge